IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | CIVIL ACTION | |
| ) | | |
| vs. ) | NO. 12 C 6015 | |
| ) | | |
| THE PITTSBURGH ATHLETIC ASSOCIATION, ) | JUDGE HARRY D. LEINENWEBER | |
| ) | | |
| Defendant. ) | | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, THE PITTSBURGH ATHLETIC ASSOCIATION, in the total amount of $139,641.88, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $991.25.

On August 31, 2012, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to employee, Emma Mangis) at the company's place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 21, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>28th</u> day of <u>September 2012</u>:

                The Pittsburgh Athletic Association
                4215 5th Avenue
                Pittsburgh, PA   15213-3546


                /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Pittsburgh Athletic\#24079\motion.lmf.df.wpd