IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12 C 6015 |
| | ) | |
| THE PITTSBURGH ATHLETIC ASSOCIATION, | ) | JUDGE HARRY D. LEINENWEBER |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RENEWED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, pursuant to Federal Rule of Civil Procedure 55(a) and (b) move for entry of default and judgment by default against Defendant, THE PITTSBURGH ATHLETIC ASSOCIATION, in the total amount of $139,641.88, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $991.25.

On August 31, 2012, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to employee, Emma Mangis) at the company's place of business (a copy of the Summons and Affidavit of Service is attached hereto as Ex. A). Defendant's answer was due on September 21, 2012.

A motion for default judgment was originally set for hearing on October 9, 2012. At the hearing on that motion, an attorney stepped up for Defendant. Plaintiffs agreed at the time to withdraw their motion. Since then, neither the attorney who was in court on October 9, nor any other attorney, has filed an appearance and answer on behalf of the Defendant. In addition, counsel for Plaintiffs has not received any communication for an attorney for Defendant since that October 9, hearing.

Filed with this motion is the affidavit of Dean Dailey in support of Plaintiffs' request for damages. "In cases where damages are capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits" a hearing on damages is not required. <u>Wisconsin Sheet Metal Workers Health and Benefit Fund et al v. CC Installations, Inc.</u>, 2011 U.S. Dist. LEXIS 129588 (E.D. Wis. 2011)(citing <u>O'Brien v. R.J. O'Brien & Assocs., Inc.</u>, 998 F.2d 1394 (7th cir. 1993) (attached hereto as Ex. B).

As Defendant has failed to answer the Complaint or otherwise present a meritorious defense, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Pittsburgh Athletic\#24079\renewed motion.lmf.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Renewed Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 31st day of October 2012:

                The Pittsburgh Athletic Association
                4215 5th Avenue
                Pittsburgh, PA   15213-3546

                /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Pittsburgh Athletic\#24079\renewed motion.lmf.df.wpd